## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| Insurance King Agency, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 20-cv-50023 |
| v. | ) | |
| | ) | Honorable Iain D. Johnston |
| Accurate Insurance Services, Inc., Save-A-Lot | ) | Magistrate Judge Lisa A. Jensen |
| Insurance Services, LLC, Accurate Payment Plan, | ) | |
| Inc., Michael Zubi, and Haneen Ghouleh | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED CONSENT ORDER

This matter was not adjudicated on a finding of law and facts, and no Party is making any admissions regarding the merits of the allegations asserted in this case. However, Defendants have agreed to the entry of this Agreed Consent Order, and to be bound by same as set forth below.

In settlement of this matter, the Court hereby ORDERS:

1.  The Court retains jurisdiction over the Parties and this matter to enforce this Agreed Consent Order.

2.  Venue shall reside in the Northern District of Illinois, Western Division.

3.  Plaintiff and Defendants stipulate and agree that entry of this Agreed Consent Order shall constitute a full, complete, and final settlement of this action.

4.  Defendants shall not use the word KING or INSURANCE KING in connection with the advertisement or promotion of Accurate Insurance Services, Inc., Save-A-Lot Insurance Services, LLC, or Accurate Payment Plan, Inc. Defendants may, however, purchase the word KING as a search engine keyword.

5.  Defendants shall not use the term KING, INSURANCE KING, or KING OF INSURANCE, to visibly appear in any search engine result of their sponsored online advertisements for insurance-related products or services. Defendants may, however, purchase the word KING as a search engine keyword.

6.  Defendants shall not use the designs below or substantially similar designs relative to the sale of insurance.

  

7. Defendants will not represent themselves as "Insurance King" or represent that Defendants are in any way sponsored, owned, or affiliated with Plaintiff.

**AGREED TO BY:**

**INSURANCE KING AGENCY, INC.**

By: _Daniel Block_

Daniel Block

Its: _____

Date: _____

**ACCURATE PAYMENT PLAN, INC.**

By: _Michael Zubi_

Michael Zubi

Its: Secretary

Date: April 15, 2021

**SAVE-A-LOT INSURANCE SERVICES, LLC**

By: _Michael Zubi_

Michael Zubi

Its: Member

Date: April 15, 2021

**ACCURATE INSURANCE SERVICES, INC.**

By: _Michael Zubi_

Michael Zubi

Its: President

Date: April 15, 2021

By: _____
Michael Zubi

Date: April 15, 2021


**IT IS SO ORDERED.**


Dated this 19th day of April, 2021

_____
Iain D. Johnston
United States District Court Judge